**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **FREDDIE FRANCIS, JR.** | **CIVIL DOCKET NO. 6:22-CV-01045** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **JESSIE BELLARD, ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 15], and after a de novo review of the record, noting the absence of objections thereto, having determined that the findings and recommendations are correct under the applicable law,

IT IS HEREBY ORDERED that the original and amended civil rights complaint [Docs. 1, 3, 4, 6] are DISMISSED WITHOUT PREJUDICE in accordance with the provisions of Rule 41(b) of the Federal Rules of Civil Procedure.

THUS, DONE AND SIGNED in Chambers on this 16th day of November 2022.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE